In the Matter of the Application of JANE GILFEATHER, Appellant, for a Writ of Mandamus against EDWARD M. GROUT, as Comptroller of the City of New York, Respondent.

*Matter of Gilfeather* v. *Grout,* 101 App. Div. 150, appeal dismissed.
(Submitted May 30, 1905; decided June 13, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1905, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to cancel an assessment against the

property of the relator on the ground that the said assessment had been paid.

*James A. Sheehan* for appellant.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.